**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00292-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LANCE C. MIGLIACCIO,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the **Government's Request For Clarification of the Court's August 13, 2009 Minute Order** [#15] filed August 13, 2009.  After considering the relevant record, the court concludes that the **Order On Bond** [#12] entered August 11, 2009, should be stayed, pending resolution of the **Government's Emergency Motion For Review Of Magistrate Judge's Order On Bond Pursuant To 18 U.S.C. § 3145** [#13] filed August 12, 2009, which motion is set for hearing on August 24, 2009.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Government's Request For Clarification of the Court's August 13, 2009 Minute Order** [#15] filed August 13, 2009, is **GRANTED**;

    2. That the **Order On Bond** [#12] entered August 11, 2009, is **STAYED**, pending further order of court; and

    3. That the defendant **SHALL REMAIN** in pretrial detention, pending further order of court.

    Dated:  August 14, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.